# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

LEIGH YANG JORENTO,

        Plaintiff,                        Case No. 17-cv-12189
                                                Hon. Matthew F. Leitman

v.

USCIS, et al.,

        Defendants.

_____/

## ORDER AMENDING CERTIFICATE OF NATURALIZATION

      Inasmuch as the Court finds that the  birthdate of the plaintiff LEIGH YANG JORENTO, formerly known as LEIGH RENEE YANG, Alien Registration Number A23 854 279, appearing on her Certificate of Naturalization 1209257, issued by the U.S. District Court for the Eastern District of Michigan, is in error, and that her correct date of birth is  December 10, 1963, therefore

      **IT IS HEREBY ORDERED** that Naturalization Certificate 1209257, issued by the United States District Court for the Eastern District of Michigan to LEIGH YANG JORENTO, formerly known as LEIGH RENEE YANG, is hereby AMENDED so that her date of birth on that Certificate is now deemed to be December 10, 1963.

      **IT IS FURTHER ORDERED** that this ORDER be attached to said Certificate of Naturalization to reflect this change.

                          s/Matthew F. Leitman
                          MATTHEW F. LEITMAN
                          UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 11, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764