UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LEIGH YANG JORENTO, formerly
Known as LEIGH RENE YANG,

    Plaintiff,                            Case No. 17-cv-12189
                                                Hon. Matthew F. Leitman

v.

USCIS, et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO AMEND ORDER AMENDING CERTIFICATE OF NATURALIZATION

Inasmuch as the Court finds that the birthdate of the plaintiff LEIGH YANG JORENTO, formerly known as LEIGH RENEE YANG, Alien Registration Number A23 854 279, appearing on her Certificate of Naturalization 12709257, issued by the U.S. District Court for the Eastern District of Michigan, is in error, and that her correct date of birth is December 10, 1963, therefore:

**IT IS HEREBY ORDERED** that Naturalization Certificate 12709257, issued by the United States District Court for the Eastern District of Michigan to LEIGH YANG JORENTO, formerly known as LEIGH RENEE YANG, is hereby AMENDED so that her date of birth on that Certificate is now deemed to be December 10, 1963.

**IT IS FURTHER ORDERED** that this ORDER be attached to said Certificate of Naturalization to reflect this change.

**IT IS SO ORDERED.**

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: January 5, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2018, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764